UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVELYN WILKEWITZ,

        Plaintiff,                              Case Number 15-12425

v.                                            Honorable David M. Lawson

FIRST FEDERAL CREDIT CONTROL, INC.,

        Defendant.
_____/

## **STIPULATED ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties,

It is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that each party shall bear their own attorney's fees and costs.

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated: March 7, 2016

Stipulated to by:

s/ Travis L. Shackelford (w/consent)
Travis L. Shackelford (P68710)
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
Tel: (248) 353-2882
travis@micreditlawyer.com

s/ Charity A. Olson
Charity A. Olson (P68295)
Attorneys for Defendant
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
colson@olsonlawpc.com

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 7, 2016.

          s/Susan Pinkowski
          SUSAN PINKOWSKI